IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| KEYSTONE NORTHEAST, INC. f/k/a/ PAVERS PLUS GSP, INC., assignee of MADAWASKA BRICK AND BLOCK CORP., | ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 6:12-cv-00720-BHH |
| v. | ) ) | |
| KEYSTONE RETAINING WALL SYSTEMS, INC. a division and wholly owned subsidiary of CONTECH CONSTRUCTION PRODUCTS, INC., | ) ) ) ) ) ) | ORDER EXTENDING TIME |
| Defendants. | ) ) ) | |

This matter is before the Court on the parties' request to extend the deadline for motions described in paragraph 6 of the Fourth Amended Scheduling Order. This deadline was extended by order dated December 22, 2014, at Docket Entry No. 104, to January 9, 2015. This deadline was further extended by order dated January 9, 2014, at Docket Entry 106, to January 23, 2014. The parties have requested to have the deadline further extended to January 28, 2015, due to counsel's scheduling issues and difficulty scheduling a witness deposition.

WHEREFORE, and for good cause shown, the Court hereby ORDERS that the deadline for motions described in paragraph 6 of the Fourth Amended Scheduling Order, as previously extended by orders dated December 22, 2014 and January 9, 2014, is now extended until January 28, 2015.

IT IS SO ORDERED.

January 23, 2015

s/Bruce Howe Hendricks
Honorable Bruce Howe Hendricks
U.S. District Judge