AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Keystone Northeast, Inc., f/k/a Pavers Plus GSP, Inc., assignee of Madawaska Brick and Block Corp.,
*Plaintiff*
v.                                                              Civil Action No.     6:12-cv-720-BHH
Keystone Retaining Wall Systems, LLC, f/k/a Keystone Retaining Wall Systems Inc., a division and wholly owned subsidiary of Contech Construction Products, Inc.
*Defendant*

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ The plaintiff Keystone Northeast Inc recover from the defendant Keystone Retaining Wall Systems LLC the amount of Seven Hundred Twenty Five Thousand, Seven Hundred Seventy Five dollars and 00/100 ($725,775.00), and prejudgment interest in the amount of Two Hundred Three Thousand, One Hundred Forty dollars and 00/100 ($203,140.00), with the parties bearing their own costs.   Post judgment interest at the rate of .26%, along with costs is included.  The Court reinstates the 1999 Gagne Transfer Agreement, the 2000 Jandris Transfer Agreement, and the 2000 Hi-Way Transfer Agreement, effective immediately. Defendants are ordered to make payments due under these agreements effective March 1, 2015. Plaintiff's remaining claims are dismissed *with prejudice.*

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❏ other:

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks.

Date:   April 1, 2015                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                           s/Ashley Buckingham, Deputy Clerk
                                                                           *Signature of Clerk or Deputy Clerk*