AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Keystone Northeast, Inc., f/k/a Pavers Plus GSP, Inc., assignee of Madawaska Brick and Block Corp., *Plaintiff* | ) ) |
| v. | ) Civil Action No.    6:12-cv-720-BHH |
| Keystone Retaining Wall Systems, LLC, f/k/a Keystone Retaining Wall Systems Inc., a division and wholly owned subsidiary of Contech Construction Products, Inc. *Defendant* | ) ) ) ) |

## SECOND AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ The plaintiff Keystone Northeast, Inc. recover from the defendant Keystone Retaining Wall Systems, LLC., the amount of Seven Hundred Twenty Five Thousand, Seven Hundred Seventy Five dollars and 00/100 ($725,775.00), plus prejudgment interest in the amount of Two Hundred Three Thousand, One Hundred Forty dollars and 00/100 ($203,140.00), together with post judgment interest at the rate of .26%. Each party is to bear their own costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❏ other:


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks.


Date:   April 1, 2015                          *ROBIN L. BLUME, CLERK OF COURT*


                                    s/Ashley Buckingham, Deputy Clerk
                              _____
                                    *Signature of Clerk or Deputy Clerk*